COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Maribel Woodard v. McDonald's Corporation HK Management, Inc d/b/a McDonald/037097 and Manager, McDonalds Restaurant #307097 |
| Appellate case number: | 01-17-00204-CV |
| Trial court case number: | 2013-58383 |
| Trial court: | 269th District Court of Harris County |

The Clerk of this Court's March 24, 2017 notice to the district clerk requested an indigent clerk's record by April 28, 2017, after appellant had filed a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" ("Statement"), which is a new affidavit of indigence form approved by the Texas Supreme Court. This Statement was filed by appellant, Maribel Woodard, in both this Court and the district court on March 13, 2017. Instead, on April 18, 2017, the district clerk filed an information sheet in this Court stating that the clerk's record will not be filed because the appellant has not made payment arrangements.

Rule 20.1 provides that a party who files such a Statement in the trial court will not have to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145. *See* TEX. R. APP. P. 20.1(b)(1) (amended; eff. Sept. 1, 2016). However, the Court is unable to determine whether a contest was filed or if the trial court overruled this claim of indigence in such an order. *See id.*

Accordingly, the Court **ORDERS** the district clerk to file a supplemental clerk's record containing the attached appellant's "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court," any contests filed, and any order granting or overruling appellant's indigence claim. The supplemental clerk's record on indigence shall be filed in this Court **within 20 days of the date of this order.**

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
      ☒ Acting individually
Date: <u>May 4, 2017</u>

ACCEPTED
2013-58383
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/13/2017 11:51:42 PM
CHRISTOPHER PRINE
CLERK

# NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: **Maribel Woodard**
*(Print first and last name of the person filing the lawsuit.)*

**McDonald's Corporation**
Defendant: **HK Management, INC**
*(Print first and last name of the person being sued.)*

in the **269th** Court Number

(check one):
☒ District Court
☐ County Court / County Court at Law
☐ Justice Court

**Harris** County Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/13/2017 11:51:42 PM
CHRISTOPHER A. PRINE
Clerk

VOID CM

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: **Maribel** (First) **Nadina** (Middle) **Woodard** (Last)   My date of birth is: **09 / 20 / 1947** *Month/Day/Year*

My address is: (Home) **5329 Carmen   Houston, TX 77033-3205**
(Mailing) **Same as Above**

My phone number **832-654-1093** My email: **MaribelWoodard6@gmail.com**

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/13/2017 11:51:42 PM
CHRISTOPHER A. PRINE
Clerk

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship |
|------|-----|--------------|
| 1 **None** | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☒ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
☒ Food stamps/SNAP   ☐ TANF   ☒ Medicaid   ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☒ Low-Income Energy Assistance   ☐ Emergency Assistance
☐ Telephone Lifeline   ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
Statement of Inability to Afford Payment of Court Costs

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ **576.00** in monthly wages. I work as a <u>Home Health Provider</u> for <u>Beacon Home Health Agency</u>
Your job title                                        Your employer

$ _____ in monthly unemployment. I have been unemployed since (date) _____

$ **335.94** in public benefits per month.

$ _____ from other people in my household each month: (List only if other members contribute to your household income.)

$ **830.00** from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☒ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household (if available)

$ **545.67** from other jobs/sources of income. (Describe) <u>Disability Insurance - car payment</u>

$ **2,287.61** is my *total* monthly income.

| **5. What is the value of your property?** | | **6. What are your monthly expenses?** | |
|---|---|---|---|
| "My **property** includes: | Value* | "My **monthly expenses** are: | Amount |
| Cash | $ ___ | Rent/house payments/maintenance | $ 750.00 |
| Bank accounts, other financial assets | | Food and household supplies | $ 500.00 |
| Savings | $ 10.00 | Utilities and telephone | $ 422.12 |
| ___ | $ ___ | Clothing and laundry | $ 200.00 |
| ___ | $ ___ | Medical and dental expenses | $ 50.00 |
| Vehicles (cars, boats) (make and year) | | Insurance (life, health, auto, etc.) | $ 259.01 |
| 2011 Ford Escape | $ 610.00 | School and child care | $ ___ |
| ___ | $ ___ | Transportation, auto repair, gas | $ 200.00 |
| ___ | $ ___ | Child / spousal support | $ ___ |
| Other property (like jewelry, stocks, land, another house, etc.) | | Wages withheld by court order | $ ___ |
| ___ | $ ___ | Debt payments paid to: (List) | $ ___ |
| ___ | $ ___ | See Attached | $ 477.00 |
| ___ | $ ___ | | $ ___ |
| **Total** value of property → | $ 620.00 | **Total** Monthly Expenses → | $ 2,858.13 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: (List debt and amount owed) _____

**This does not take in account any unexpected emergencies.**

(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.") *Check here if you attach another page.* ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☒ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is <u>Maribel Woodard</u>, My date of birth is: <u>9 / 20 / 1947</u>

My address is <u>5329 Carmen St   Houston   Texas   77033   USA</u>
Street                                   City        State        Zip Code   Country

<u>Maribel Woodard</u> signed on <u>2 / 15 / 17</u> in <u>Harris</u> County, <u>Texas</u>
Signature                        Month/Day/Year          county name               State

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*